UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CitiMortgage, Inc., | ) | CASE NO. 1:05 CV 1238 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Vs. | ) | |
| | ) | |
| Leonard Priebe, et al., | ) | <u>Order of Remand</u> |
| | ) | |
| Defendants. | ) | |

This Court, having determined that it lacks jurisdiction over this matter in its Memorandum of Opinion and Order on (1) Counterclaim Defendant Citimortgage, Inc.'s Motion to Dismiss (Doc. 10); (2) Counterclaim Plaintiffs Leonard and Joanne Priebe's Motions to Amend their Amended Counterclaim (Doc. 16); (3) Motion to Supplement Counterclaim Plaintiffs' Rule 15(a) Motion to Amend their Amended Counterclaim (Doc. 18); and (4) Motion to Join Citigroup as a Counterclaim Defendant (Doc. 33), hereby remands this case to the Cuyahoga County Court of Common Pleas.

IT IS SO ORDERED.

                                        /s/ Patricia A. Gaughan
                                        PATRICIA A. GAUGHAN
Dated: 8/12/05                      United States District Judge